UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: <br> David Scott Beckwith | Case Number 24-10388-JEB <br> Chapter 7 |
|---|---|

**ASSENTED TO MOTION TO CONTINUE HEARING ON
MOTION FOR RELIEF FROM STAY [DOC. NO. 15]**

Now comes Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ("Secured Creditor") and respectfully requests that the hearing currently scheduled for Tuesday, April 16, 2024 at 10:15AM be continued for a period of approximately thirty (30) days, or to some other date and time that this Court deems just and proper.

As grounds for said Motion, Secured Creditor states that the parties are in the process of attempting to resolve this matter, but require additional time to continue with their discussions as to same.

WHEREFORE, Secured Creditor respectfully requests that the hearing on this matter be continued for a period of approximately thirty (30) days. Counsel for the Debtor, Attorney Steven R. Striffler, has assented to the filing of this Motion.

Dated: April 10, 2024

Respectfully submitted,
Rocket Mortgage, LLC f/k/a Quicken
Loans, LLC f/k/a Quicken Loans Inc.
By its attorney,

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

22-039382 / BK01

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re:<br>David Scott Beckwith | Case Number 24-10388-JEB<br>Chapter 7 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus E. Pratt, Attorney for **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** hereby certify that on April 10, 2024 I electronically filed the foregoing *Assented to Motion to Continue* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, Assistant U.S. Trustee
John O. Desmond, Chapter 7 Trustee
Steven R. Striffler, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

David Scott Beckwith
144 Quincy Shore Drive, Unit No. 131
Quincy, MA 02171

Tax Collector:
City of Quincy, MA
1305 Hancock Street
Quincy, MA 02169

On Deck Capital Inc.
c/o Carl A. Brugnoli, III, Esq.
Law Office of Carl Brugnoli
P.O. Box 320530
Boston, MA 02132

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com