

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | David Scott Beckwith | Ch. 7 |
| | | 24-10388-JEB |
| | Debtor | |

### Order

**MATTER:**
#26 Assented To Motion filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. to Continue Hearing [Re: 15 Motion for Relief From Stay]

Granted. The hearing is rescheduled to **May 21, 2024, at 10:00 a.m.** The hearing will be held in person at John W. McCormack Post Office and Courthouse, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA 02109.

Creditor Rocket Mortgage, LLC is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **April 12, 2024**. If they fail to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 04/10/2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge