**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:  David Scott Beckwith                                    Case No.   24-10388-JEB

Debtor(s)                                                                Chapter   7

**DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON RESIDENTIAL REAL ESTATE**

Debtor move's this Court pursuant to 11 U.S.C. §522(f)(1)(A) and MLBR 4003-1 to avoid the judicial lien of On Deck Capital, Inc.,  As reasons therefore, Debtor states:

1. On February 29, 2024, Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. The Debtor owns in fee simple real estate located at 144 Quincy Shore Dr., Unit 131, Quincy, Massachusetts.

3. Said real estate has been claimed as exempt on Schedule 'C' of Debtor's petition.  See Exhibit A for Declaration of Homestead.

4. On Deck Capital, Inc., is the holder of a judicial lien recorded on January 11, 2022, in the Norfolk County Registry of Deeds, Book 40236, Page 474.

5. The address of the lien holder is On Deck Capital, Inc., 1400 Broadway, New York, NY 10018.

6. The judicial lien was issued on December 21, 2021, by Quincy District Court, Docket No. 2156FJ000004.

7. The amount of the judicial lien as of the petition date is approximately $24,700.68.

**Mortgage Lien Holders**

8. Rocket Mortgage, LLC holds a first mortgage lien.

9. Rocket Mortgage, LLC has a balance due, as of the petition date, of approximately $193,431.98.

**Exemption**

10. Pursuant to G.L. c. 188, § 1 the available amount of the Debtor's exemption is approximately $500,000 and said judicial lien impairs Debtor's exemption.

11. The value of the Debtor's interest in the real estate is approximately $567,400. See Exhibit 'B'.

12. Pursuant to 11 U.S.C. §522(f)(2)(A):

    i.   Judicial Lien = $24,700.68

    ii.  Mortgage Lien = $193,431.98

    iii. Amount of exemption if there were no judicial lien = $500,000

    - The sum of (i), (ii), and (iii) = $718,132.66.

    - Value of Debtor's interest in the property absent any liens = $567,400.

13. Pursuant to 11 U.S.C. §522(f)(2)(a) Debtor contends the judicial lien is avoidable.

**WHEREFORE**, the Debtor moves the Court to avoid the judicial lien of On Deck Capital, Inc.

Respectfully submitted,

David Scott Beckwith,

By his attorney,

/s/ Steven Striffler
Steven R. Striffler
BBO No. 664224
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169
(617) 290-1573
steve@strifflerlaw.com

Date: April 13, 2024.

## **CERTIFICATE OF SERVICE**

      I, Steven Striffler, hereby certify that on 4/13/24, the following interested parties were served a copy of the foregoing document via first class mail or electronically through the courts CM/ECF System at:

John O. Desmond, Chapter 7 Trustee
trustee@jdesmond.com, jdesmond@ecf.axosfs.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Marcus Pratt on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
bankruptcy@kordeassociates.com

On Deck Capital, Inc.
c/o CT Corporation System
28 Liberty Street, 25th Floor
New York, NY 10005

On Deck Capital, Inc.
David Fisher, CEO
1400 Broadway
New York, NY 10018

                                                                      /s/ Steven R. Striffler

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: David Scott Beckwith                                    Case No.   24-10388-JEB

          Debtor(s)                                    Chapter   7

## ORDER AVOIDING JUDICIAL LIEN

After notice, and opportunity for hearing and opposition, on Debtor's Motion to Avoid Judicial Lien, it is HEREBY ORDERED:

The following judicial lien on the Debtor's real estate is AVOIDED, pursuant to 11 U.S.C. §522(f)(1)(A):

1. The Execution of On Deck Capital, Inc., dated December 21, 2021, recorded in the Norfolk County Registry of Deeds, Book 40236, Page 474.

Date:

                                                                   United States Bankruptcy Judge

Bk 40390 Pg443 #23363
03-16-2022 @ 09:59a

NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY

# DECLARATION OF HOMESTEAD

__DAVID BECKWITH__                                   __N/A__
Print Name of Owner                                   Print Name of Owner

**X** unmarried

___ married to each other

___ married to _____

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA

CERTIFY

_William P O'Donnell_
WILLIAM P. O'DONNELL, REGISTER

___ A. Who also occupies the premises as his/her principal residence.

___ B. Who does not occupy the premises as his/her principal residence.

Owning and occupying as my/our principal residence the home at:

__144 Quincy Shore Drive__   __Quincy__   __MA__   __02171__
Street Address                City/Town         State    Zip Code

Norfolk County, Massachusetts

[X] Owned By Deed Recorded in BOOK __22472__ PAGE __467__.
NORFOLK REGISTRY OF DEEDS.

[ ] By Certificate of Title # _____ in NORFOLK REGISTRY DISTRICT OF THE LAND COURT.

[ ] Inheritance from _____ Probate Court No. _____

[ ] As a cooperative housing unit established under Massachusetts General Laws

[ ] As a manufactured home as defined in Massachusetts General Law Chapter 140, Section 320

hereby declare a homestead in said premises under the provisions of Chapter 188, Section 3 of the General Laws of Massachusetts.

Executed as sealed instrument under the penalties of perjury

this __11__ day of __March__, 20__22__

_David Beckwith_
Signature Owner                        Signature Owner

NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY

# Commonwealth of Massachusetts

__NORFOLK__ ss
County

On this __11__ day of __MARCH__, 20__22__, before me, the undersigned notary public, personally appeared

__DAVID BECKWITH__,  _____,
Print Name of Document Signer       Print Name of Document Signer

who proved to me through satisfactory evidence of identification, which was/were

__MA DRIVER'S LICENSE__, to be the person(s) who signed the preceding or attached
Driver's License(s)/Passport(s)

document in my presence, and acknowledged that the signature was his/her free act and deed.

_[signature]_
Notary Public
My Commission Expires: __12/25/26__

**STEVEN R. STRIFFLER**
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Comm. Expires December 25, 2026

Norfolk County Registry of Deeds, 649 High Street, Dedham MA 02026-1831
*Norfolk County Register of Deeds, William P. O'Donnell*

Homestead (General) 1-10-2017



Exhibit B



**2 bd | 2.5 ba | 1,488 sqft**

144 Quincy Shore Dr UNIT 131, Quincy, MA 02171

**Off market**

Zestimate®: **$567,400**  |  Rent Zestimate®: **$3,200**

Est. refi payment: $3,503/mo   **Refinance your loan**

**Home value** | Owner tools | Home details | Neighborhoo

### Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**            **$567,400**

What is this number?

[ Unlock your offer ]

## Home value



Zestimate

# $567,400

  Zestimate range
$533,000 - $601,000

  Last 30-day change
**+ $10,313** (+1.9%)

  Zestimate per sqft
**$381**